UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk00550 |
| | ) | |
| MIA PROCESSING LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO GUTNICKI LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND
PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 14,605.00 | TOTAL COSTS REQUESTED: | $ 251.18 |
| TOTAL FEES REDUCED: | $ 560.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 14,045.00 | TOTAL COSTS ALLOWED: | $ 251.18 |

TOTAL FEES AND COSTS ALLOWED: $ 14,296.18

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 105.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)     Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 455.00

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)); *see also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not

entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: February 14, 2024

_____
Timothy A. Barnes
United States Bankruptcy Judge

**GUTNICKI  LLP**

4711 Golf Road
Suite 200
Skokie, IL 60076
Telephone:  (847) 933-9280
Facsimile:  (847) 933-9285

Zane Zielinski, Chapter 7 Trustee
6336 North Cicero Avenue, Suite 201
Chicago, IL 60646
Zane Zielinski

January 15, 2024
Invoice #  33181

In Reference To:   MIA Processing

Professional Services

| | Hours | Amount |
|---|---|---|
| 6/22/2023  MSG   Discussions with Zane re appointment as Trustee for MIA and next steps. | 0.80 | $380.00 |
| 6/28/2023  MSG   Hearing on MIA (.60); review pending motion to sell (.40) | 1.00 | $475.00 |
| 6/29/2023  MSG   Review Debtor's counsel's motion for compensation (.40); discussion with Trustee re same (.30) | 0.70 | $332.50 |
| 7/3/2023  BG   Editing motions to employ bankruptcy counsel and accountant; filing motions with the Court; sending courtesy copies via regular mail to debtor; updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 1.00 | $175.00 |
| MSG   Finalize retention motions for Gutnicki (.60) and Lasko (.60). | 1.20 | $570.00 |
| 7/10/2023  MSG   Review Debtors list of post petition debts (.20); discussion with Trustee re status of case and pending motion to sell (.30) | 0.50 | $237.50 |
| 7/12/2023  BG   Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.20 | $35.00 |
| MSG   Hearing on claim of Joe Burman and objection to claim. | 0.50 | $237.50 |
| 7/19/2023  BG   Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.20 | $35.00 |
| MSG   Hearing on motion to sell and Burman objection and retention motions. | 0.70 | $332.50 |

(1) Lumping

(2) Clerical

(2) Clerical

Zane Zielinski, Chapter 7 Trustee                                                          Page    2

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/29/2023 MSG | review of Chapter 11 Trustee report (.20); discussion with Trustee re motion to sell property (.40) | | 0.60 | $285.00 |
| 8/1/2023 BG<br>(1) Lumping | Editing and filing Amended Motion and proposed order with the Court; sending courtesy copies to creditors; updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | | 1.00 | $175.00 |
| MSG | Prepare amended motion to sell and proposed order | | 1.30 | $617.50 |
| 8/4/2023 BG<br>(1) Lumping | Filing amended notice of motion with the Court; mailing copies to creditors, updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | | 0.70 | $122.50 |
| 8/7/2023 BG<br>(1) Lumping | Filing motion for sanctions with the Court; updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings; sending courtesy copies of motion via email. | | 0.50 | $87.50 |
| MSG | Draft motion for sanctions vs Malevitis and Lucia (1.0); discussions with Lucia re issues with Debtor's property on leased space (.40) | | 1.40 | $665.00 |
| 8/9/2023 BG<br>(2) Clerical | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | | 0.20 | $35.00 |
| MSG | Hearing on Sanctions. | | 0.60 | $285.00 |
| 8/16/2023 BG<br>(2) Clerical | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | | 0.20 | $35.00 |
| MSG | Hearing on sanctions motion and motion to sell. | | 1.00 | $475.00 |
| 8/28/2023 MSG | Review Greg Stern supplement to application for compensation. | | 0.40 | $190.00 |
| 8/30/2023 BG<br>(2) Clerical | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | | 0.40 | $70.00 |

Zane Zielinski, Chapter 7 Trustee                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/30/2023 | MSG | Hearing on sanctions and compensation for Debtor's counsel. | 0.90 | $427.50 |
| 9/6/2023 (2) Clerical | BG | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.40 | $70.00 |
| | MSG | Work with Stern on order for compensation (.20); Status on Burman objection (.50) | 0.70 | $332.50 |
| 9/7/2023 (2) Clerical | BG | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.40 | $70.00 |
| 9/11/2023 | BG | Sending draft order to opposing counsel. | 0.20 | $35.00 |
| | MSG | Review Burman complaint. | 0.50 | $237.50 |
| 9/13/2023 | MSG | Call with Dan Dawson and Trustee re retention as special counsel. | 0.70 | $332.50 |
| 9/15/2023 | MSG | Discussion with Malevitis re sanctions order (.20); draft motion for turnover (.80); discussion with Malevitis re turnover of documents (.40) | 1.40 | $665.00 |
| 9/19/2023 (1) Lumping | BG | Editing motion; filing motion with the Court; sending copies via email and U.S. Mail to parties; updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 1.40 | $245.00 |
| | MSG | Finalize Motion for turnover of documents (.70); discussion with Trustee re same (.20) | 0.90 | $427.50 |
| 9/20/2023 | MSG | Discussion with Malevitis re proposed sanctions order | 0.30 | $142.50 |
| 9/26/2023 (1) Lumping | BG | Editing amended order for turnover; filing proposed order on motion for sanctions and amended order with the Court. | 0.50 | $87.50 |
| | MSG | Work on proposed order re sanctions motion (.30); finalize order for turnover (.40). | 0.70 | $332.50 |

Zane Zielinski, Chapter 7 Trustee                                          Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/27/2023 BG **(2) Clerical** | | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.20 | $35.00 |
| | MSG | Review of Dawson's retention motion. | 0.40 | $190.00 |
| | MSG | Hearing on turnover motion and sanctions motion (.70); finalize order on turnover (.40); discussion with Malevitis re terms of turnover order (.30) | 1.40 | $665.00 |
| 9/29/2023 | MSG | Call with Stern re compensation motion. | 0.40 | $190.00 |
| | MSG | Discussion with Malevitis re turnover of documents. | 0.50 | $237.50 |
| 10/3/2023 BG **(1) Lumping** | | Editing motion and proposed order; merging motion and exhibits together; filing motion and proposed order with the Court; sending courtesy copies to debtor; updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.90 | $157.50 |
| | MSG | Finalize motion to retain Dawson as special counsel. | 0.40 | $190.00 |
| | MSG | Call with Dawson and Mike Desmond re causes of action. | 0.70 | $332.50 |
| 10/11/2023 | MSG | Discussion with Trustee re K-1's (.30); work on transfer of documents to Malevitis (.20); discussions with Malevitis re same (.20) | 0.70 | $332.50 |
| 10/12/2023 | MSG | Review Burman preliminary objection (.30); call with Burman counsel same (.20); call with Trustee re issues with Burman claim (.20) | 0.70 | $332.50 |
| 10/19/2023 | MSG | Discussion with Trustee re K-1 issue (.20); call with Dawson re causes of action (.40); calls with former employee re K-1's (.20) | 0.80 | $380.00 |
| 11/8/2023 | BG | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.40 | $70.00 |

Zane Zielinski, Chapter 7 Trustee                                                                Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/9/2023 | BG | Updating and maintaining docket to ensure timely compliance with deadlines and requirements for court hearings. | 0.40 | $70.00 |
| (2) Clerical | | | | |
| 11/10/2023 | MSG | Review Order on Burman claim and briefing schedule (.20); call with Joe Cohen re same (.20) | 0.40 | $190.00 |
| 11/15/2023 | MSG | Discussion with Zane and Dan Dawson re Malevitis documents (.20); call with Malevitis re document return (.20) | 0.40 | $190.00 |
| 1/10/2024 | MSG | Court appearance for status on Burman claim objection (.70); review of filed agreed order (.20); discussion with Joe Cohen re final revisions to order (.20) | 1.10 | $522.50 |
|  | MSG | Draft fee application for Gutnicki (1.0); proposed order (.20) and cover sheet (.30) | 1.50 | $712.50 |
|  | MSG | Review of Lasko fee application (.30); prepare for filing and proposed order (.60) | 0.90 | $427.50 |
|  | BG | Drafting and editing notices of application for attorney. | 0.50 | $87.50 |
| 1/11/2024 | BG | Editing applications for fees. | 0.20 | $35.00 |

For professional services rendered                                              37.00   $14,605.00

Additional Charges :

| 8/1/2023 | Postage Fee:  Courtesy Copies of motion. | $26.96 |
|---|---|---|
| 8/4/2023 | Postage Fee:  Courtesy copies of Amended Notice of Motion | $20.67 |
| 10/12/2023 | Online Payment [MKM]; Comet/Arrow Messenger Service,  Picked up files from John Malevitis in Burr Ridge IL to be delivered to Zane Zielinski in Chicago, IL | $203.55 |

Total additional charges                                                                              $251.18

Total amount of this bill                                                                           $14,856.18

Zane Zielinski, Chapter 7 Trustee

Page    6

### Legal Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Barrett Goldflies, Paralegal | 9.90 | $175.00 | $1,732.50 |
| Miriam Stein Granek, Of Counsel | 27.10 | $475.00 | $12,872.50 |

Note:  If paid by credit card, a 3% fee will be added to cover vendor processing fees.